# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 133

State of North Dakota,                                                    Plaintiff and Appellee

v.

Francisco Eugenio Bethancorth,                                Defendant and Appellant

## No. 20200020

Appeal from the District Court of Dickey County, Southeast Judicial District, the Honorable Daniel D. Narum, Judge.

AFFIRMED.

Per Curiam.

Mary E. Depuydt, Special Assistant State's Attorney, Wishek, ND, for plaintiff and appellee.

Benjamin C. Pulkrabek, Mandan, ND, for defendant and appellant.

**Per Curiam.**

[¶1] Francisco Eugenio Bethancorth appeals from a criminal judgment entered after a jury found him guilty of criminal trespass. He argues his degree of intoxication prevented him from knowing that he was not licensed or privileged to enter or remain in a dwelling or highly secured premises, and the district court erred by denying his motion for acquittal. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Jerod E. Tufte
       Lisa Fair McEvers
       Gerald W. VandeWalle